United States Court of Appeals
Fifth Circuit

**F I L E D**

**July 7, 2004**

Charles R. Fulbruge III
Clerk

**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

_____

No. 03-60865
Summary Calendar

_____

GUSTAVO SEGUNDO QUINTERO-RESTREPO,

Petitioner,

versus

JOHN ASHCROFT, U.S. ATTORNEY GENERAL,

Respondent.

--------------------------------------------------------------
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A79 471 197
--------------------------------------------------------------

Before SMITH, DeMOSS AND STEWART, Circuit Judges.

PER CURIAM:[*]

Gustavo Segundo Quintero-Estrepa ("Quintero") has filed a petition for review of the Board

of Immigration Appeals' (BIA) affirmance of the Immigration Judge's (IJ) denial of his application

for withholding of removal. He argues that substantial evidence does not support the IJ's

determination that Quintero was not credible and that he was not eligible for withholding of removal.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

We may review the IJ's decision, given that the BIA adopted the IJ's findings. <u>See</u> <u>Chun v. INS</u>, 40 F.3d 76, 77 (5th Cir. 1994). Both the IJ's credibility finding and the determination that Quintero was not eligible for withholding of removal are supported by substantial evidence; certainly the evidence does not compel a contrary conclusion. <u>See</u> <u>INS v. Elias-Zacarias</u>, 502 U.S. 478, 482 (1992); <u>Mikkael v. INS</u>, 115 F.3d 299, 302 (5th Cir. 1997); <u>see</u> <u>also</u> <u>Lopez De Jesus v. INS</u>, 312 F.3d 155, 161 (5th Cir. 2002); <u>Chun</u>, 40 F.3d at 78.

PETITION FOR REVIEW DENIED.